## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

DAN WEESE, *pro se*, and
CHERYL SULT-WEESE, *pro se,*

    Plaintiffs,

v.                                              Case No: 8:13-cv-662-T-30TGW

FNU DEWATERS,

    Defendant.

### ORDER OF DISMISSAL

THIS CAUSE comes before the Court *sua sponte*. An Order (Dkt. #3) was entered on March 15, 2013, which dismissed Plaintiffs' Complaint and allowed Plaintiffs twenty (20) days from the date of that Order to file an Amended Complaint. An Amended Complaint has not been filed on the docket. It is therefore

**ORDERED AND ADJUDGED** as follows:

1.     This cause is dismissed without prejudice.

2.     All pending motions are denied as moot.

3.     The Clerk is directed to close this case.

**DONE** and **ORDERED** in Tampa, Florida, this 12th day of April, 2013.

_____
JAMES S. MOODY, JR.
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel/Parties of Record

S:\Even\2013\13-cv-662 dismissal.docx